# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **INDICTMENT NO. CR408-209** |
| **v.** | ) | |
| | ) | |
| **LEON BROWN** | ) | |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITHOUT PREJUDICE this Indictment. The government shows that the Office of the District Attorney for the Eastern Judicial Circuit has requested the case be referred to them for final disposition. As such, further proceedings in this matter would not be in the interests of justice.

Respectfully submitted,

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

*/s/ Darrin L. McCullough*

100 Bull Street
Savannah, GA 31401
(912) 652-4422

Darrin L. McCullough
Assistant United States Attorney

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice of this Indictment.

SO ORDERED, this 22nd day of October, 2008.

_____
William T. Moore, Jr.
Chief Judge, United States District Court
Southern District of Georgia

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance

with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in

this Court.

_____If checked: This document is a discovery disclosure, and the materials referred to therein

have been mailed to counsel of record.

Dated: 21 October 2008

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

/s/ Darrin L. McCullough

Darrin L. McCullough
Assistant United States Attorney
Ga. Bar 487011

Post Office Box 8970
Savannah, Georgia 31412
912-652-4422